**Dominic M. CLARKSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 67817.

Missouri Court of Appeals, Western District.

May 27, 2008.

Laura G. Martin, Esq., Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., and Robert J. Bartholomew, Esq., Jefferson City, MO, for respondent.

Before DIV IV: HOWARD, C.J., HARDWICK and WELSH, JJ.

### ORDER

PER CURIAM.

Dominic Clarkson appeals the denial of his Rule 24.035 motion for post-conviction relief, following an evidentiary hearing. For reasons explained in a Memorandum provided to the parties, we affirm the motion court's judgment. Rule 84.16(b).